UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01829-ODW<br>Bankruptcy Ct. Case No. 8:26-bk-11802-MH<br>Adversary Case No. (None) | Date | August 20, 2026 |
| Title | *In re Steven C. Arenal* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

On June 17, 2026, Appellant Steven C. Arenal appealed from the United States Bankruptcy Court, Central District of California. (Notice Appeal, Dkt. No. 1.) On June 30, 2026, Appellee Sridhar Capital Advisors, L.P. elected to proceed with the appeal before this District Court. (Statement re Election, Dkt. No. 2.) On July 26, 2026, the Court issued a Notice Regarding Appeal From Bankruptcy Court, notifying Appellant of certain filing requirements and deadlines. (Notice, Dkt. No. 5.) The Court informed Appellant of the requirement to file with the Bankruptcy Court, within fourteen days of filing the notice of appeal, (1) a designation of record, (2) a statement of issues on appeal, and (3) a notice regarding the ordering of transcripts. (Notice 1.) Appellant was informed that "[t]he failure . . . to comply with time requirements as stated in this [N]otice and applicable rules may result in the dismissal of the appeal." (*Id.* at 2.)

On August 11, 2026, Appellant was ordered to show cause within seven (7) days, in writing only, why this appeal should not be dismissed for lack of prosecution. A review of the docket here reveals that Appellant has neither shown cause why this appeal should not be

dismissed for lack of prosecution, nor provided any notice that Appellant filed the required documents with the Clerk of the Bankruptcy Court. Consequently, this appeal is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE